```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
STUART SINGER and SUSAN SINGER,          :
                                         :
                    Plaintiffs,          :     11cv9374 (DLC)
                                         :
         -v-                             :        ORDER
                                         :
DEPUY ORTHOPAEDICS, INC., et al.,        :
                                         :
                    Defendants.          :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

This action was filed on December 21, 2011. On February 1, 2012, the Judicial Panel on Multidistrict Litigation (the "Panel") transferred the case to the Northern District of Texas for coordinated pretrial proceedings. On January 12, 2023, the Panel remanded the case to this Court. Accordingly, it is hereby

ORDERED that the parties are directed to file a joint status report by June 2, 2023.

Dated:  New York, New York
        May 23, 2023

                              _____
                                       DENISE COTE
                              United States District Judge