```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------- X
                                       :
STUART SINGER and SUSAN SINGER,        :
                                       :
                 Plaintiffs,           :   11cv9374 (DLC)
                                       :
       -v-                             :       ORDER
                                       :
DEPUY ORTHOPAEDICS, INC., et al.,      :
                                       :
                 Defendants.           :
                                       :
-------------------------------------- X
```

DENISE COTE, District Judge:

This action was filed on December 21, 2011. On February 1, 2012, the Judicial Panel on Multidistrict Litigation (the "Panel") transferred the case to the Northern District of Texas for coordinated pretrial proceedings. On January 12, 2023, the Panel remanded the case to this Court. The parties were ordered to file a joint status report by June 2, 2023, but no such report was filed. It is hereby

ORDERED that a conference shall be held in this case on June 16, 2023 at 11:00 a.m. in Courtroom 18B, United States Courthouse, 500 Pearl Street, New York, New York 10007.

Dated:   New York, New York
         June 7, 2023

                                  _____
                                         DENISE COTE
                                  United States District Judge