UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------- X
                                          :

STUART SINGER and SUSAN SINGER,      :       11cv9374 (DLC)
                                            :
                     Plaintiffs,   :          ORDER OF
            -v-                  :    DISCONTINUANCE
                                            :

DEPUY ORTHOPAEDICS, INC., et al.,    :
                                            :
                    Defendants.   :
                                            :
-------------------------------------- X
DENISE COTE, District Judge:

     It having been reported to this Court that this case has been settled, it is hereby

     ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made by August 4, 2023.  If no such application is made by that date, today's dismissal of the action is with prejudice.  See Muze, Inc. v. Digital On Demand, Inc., 356 F.3d 492, 494 n.1 (2d Cir. 2004).

Dated:    New York, New York
          June 29, 2023

                                        DENISE COTE
                  United States District Judge